COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 23-3054
DATE: 10/10/25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUCIANO RUSSO; GEORGE MESSIHA,

        *Plaintiffs,*

– against –

NATIONAL GRID USA,

        *Defendant.*

**VERDICT SHEET**
23-cv-03954 (NCM) (TAM)

---

**NATASHA C. MERLE**, United States District Judge:

### PLAINTIFF LUCIANO RUSSO

**Question 1:**

Has plaintiff Luciano Russo proven, by a preponderance of the evidence, that defendant National Grid failed to provide him with a reasonable accommodation for a disability in violation of:

    a) The Americans with Disabilities Act?

        Yes __✓__  No _____

    b) The New York State Human Rights Law?

        Yes __✓__  No _____

    c) The New York City Human Rights Law?

        Yes __✓__  No _____

*If you answered "NO" to Question 1(a), Question 1(b), and Question 1(c), skip to Question 8.*

1

**Question 2:**

*You may only answer this question if you answered "YES" to either Question 1(a), Question 1(b), OR Question 1(c)*

Has defendant National Grid proven, by a preponderance of the evidence, that allowing plaintiff Luciano Russo to work from home would have constituted an undue hardship?

*You may only answer this question if you answered "YES" to Question 1(a):*

    a) Under the Americans with Disabilities Act:

        Yes _____ No \_\_✓\_\_\_

*You may only answer this question if you answered "YES" to Question 1(b):*

    b) Under the New York State Human Rights Law:

        Yes _____ No \_\_✓\_\_\_

*You may only answer this question if you answered "YES" to Question 1(c):*

    c) Under the New York City Human Rights Law:

        Yes _____ No \_\_✓\_\_\_

**Question 3:**

*You may only answer this question if you answered "YES" to Question 1(a) and "NO" to Question 2(a); "YES" to Question 1(b) and "NO" to Question 2(b); OR "YES" to Question 1(c) and "NO" to Question 2(c)*

Did plaintiff Luciano Russo prove, by a preponderance of the evidence, that he suffered actual compensatory damages as a result of defendant's unlawful actions?

        Yes \_\_✓\_\_\_ No _____

**Question 4:**

*You may only answer this question if you answered "YES" to Question 3*

State the amount of compensatory damages you award to plaintiff Luciano Russo in the following categories:

      Back pay: $ 500,000

      Emotional distress: $ 60,000

**Question 5:**

*You may only answer this question if you answered "NO" to Question 3*

If you answered "NO" to Question 3, you must award nominal damages in the amount of $1.

      Nominal Damages: _____

**Question 6:**

*You may only answer this question if you answered "YES" to Question 1(a) and "NO" to Question 2(a); "YES" to Question 1(b) and "NO" to Question 2(b); OR "YES" to Question 1(c) and "NO" to Question 2(c)*

Did the plaintiff Luciano Russo prove, by a preponderance of the evidence, that he is entitled to punitive damages?

    a) Under the Americans with Disabilities Act:

        Yes __✓__ No _____

    b) Under the New York State Human Rights Law:

        Yes __✓__ No _____

    c) Under the New York City Human Rights Law:

        Yes __✓__ No _____

*If you answered "YES" to Question 6(a), 6(b), OR 6(c):*

**Question 7:**

Please state the amount of punitive damages that you award to plaintiff Luciano Russo.

    Punitive Damages: $1,000,000

### PLAINTIFF GEORGE MESSIHA

**Question 8:**

Has plaintiff George Messiha proven, by a preponderance of the evidence that defendant National Grid failed to provide him with a reasonable accommodation for a disability in violation of:

    a) The Americans with Disabilities Act?

        Yes __✓__ No _____

    b) The New York State Human Rights Law?

        Yes __✓__ No _____

    c) The New York City Human Rights Law?

        Yes __✓__ No _____

*If you have answered "NO" to Questions 8(a), Question 8(b), and Question 8(c), you have completed your deliberations and may skip all remaining questions. Please date and sign this form on Page 7.*

**Question 9:**

*You may only answer this question if you answered "YES" to either Question 8(a), Question 8(b), OR Question 8(c).*

Has defendant National Grid proven, by a preponderance of the evidence, that allowing plaintiff George Messiha to work from home would have constituted an undue hardship?

*You may only answer this question if you answered "YES" to Question 8(a):*

    a) Under the Americans with Disabilities Act:

        Yes _____ No __✓__

*You may only answer this question if you answered "YES" to Question 8(b):*

    b) Under the New York State Human Rights Law:

        Yes _____ No __✓__

*You may only answer this question if you answered "YES" to Question 8(c):*

    c) Under the New York City Human Rights Law:

        Yes _____ No \_\_✓\_\_\_\_

**Question 10:**

*You may only answer this question if you answered "YES" to Question 8(a) and "NO" to Question 9(a); "YES" to Question 8(b) and "NO" to Question 9(b); OR "YES" to Question 8(c) and "NO" to Question 9(c):*

Did plaintiff George Messiha prove, by a preponderance of the evidence, that he suffered actual compensatory damages as a result of defendant's unlawful actions?

        Yes \_\_✓\_\_\_\_ No _____

**Question 11:**

*You may only answer this question if you answered "YES" to Question 10*

State the amount of compensatory damages you award to plaintiff George Messiha in the following categories:

    Back pay: $ 275,000

    Emotional distress: $ 275,000

**Question 12:**

*You may only answer this question if you answered "NO" to Question 10*

If you answered "NO" to Question 10, you must award nominal damages in the amount of $1.

    Nominal Damages: _____

6

**Question 13:**

*You may only answer this question if you answered "YES" to Question 8(a) and "NO" to Question 9(a); "YES" to Question 8(b) and "NO" to Question 9(b); OR "YES" to Question 8(c) and "NO" to Question 9(c)*

Did the plaintiff George Messiha prove, by a preponderance of the evidence, that he is entitled to punitive damages?

    a) Under the Americans with Disabilities Act:

        Yes __✓__ No _____

    b) Under the New York State Human Rights Law:

        Yes __✓__ No _____

    c) Under the New York City Human Rights Law:

        Yes __✓__ No _____

*If you answered "YES" to Question 13(a), 13(b), OR 13(c):*

**Question 14:**

Please state the amount of punitive damages that you award to plaintiff George Messiha.

    Punitive Damages: $ __1,000,000__

*When you have completed the above, please date and sign the form and report your verdict.*

_____
SIGNATURE OF THE FOREPERSON

Dated: 10/10/25

7