# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1270 Avenue of the Americas
24th Floor
New York, New York 10020
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Patrick M. Collins
(212) 492-2504
patrick.collins@ogletree.com

February 20, 2026

**VIA ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Russo v. National Grid USA
               Case No. 1:23-cv-03954-NCM-TAM
               Joint Status Report

Dear Judge Merkl:

      We represent Defendant National Grid in this case. We submit this joint report on behalf of the Parties pursuant to the Court's Order entered on December 15, 2025.

      This case has not settled, and the Parties remain far apart in their positions. The Parties do not believe that another settlement conference would be productive at this time.

               Respectfully submitted,

               Patrick M. Collins

cc:  Arthur Z. Schwartz, Esq.
      Counsel for Plaintiffs (via ECF)

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.